IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| REGINALD DAVIS, JR., : | CIVIL ACTION |
| Plaintiff, : | |
| v. : | No. 12-5002 |
| CITY OF PHILADELPHIA, et al., : | |
| Defendants. : | |

**O R D E R**

**AND NOW**, this 22nd day of March, 2013, upon consideration of the Motion for the Appointment of Counsel (Doc. 8) filed Plaintiff, Reginald Davis, Jr., it is hereby **ORDERED** that the Motion is **DENIED**. It is **FURTHER ORDERED** that Plaintiff's Complaint (Doc. 1) is *sua sponte* **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii) for failure to state a claim for which relief may be granted.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE